■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SCOUDIERE, Appellant.— Order unanimously affirmed. No opinion. Concur— Botein, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of ROGER L. SULLIVAN, a Tenant of 120 Cabrini Blvd., for Himself and All Other Tenants Similarly Situated, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and PATERNO ESTATES, INC., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Rabin, J. P., Valente, McNally and Bergan, JJ.

■ In the Matter of BERNARD SANDLER, a Tenant of 140 Cabrini Blvd., for Himself and All Other Tenants Similarly Situated, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and PATERNO ESTATES, INC., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur— Rabin, J. P., Valente, McNally and Bergan, JJ.

■ EDWARD THOMPSON, Appellant, v. CLEAN SERVICE CO., INC., Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur— Botein, J. P., Frank, Valente and Bergan, JJ.

■ FRED FRAENKEL CORPORATION, Respondent, v. MURWAL, INC., Defendant and Third-Party Plaintiff-Appellant. TINPLATE PURCHASING CORPORATION, Third-Party Defendant-Appellant.— Order unanimously affirmed, with costs to the respondent. No opinion. Concur— Botein, J. P., Frank, Valente, McNally and Bergan, JJ.

■ BANK MELLI IRAN, Appellant, v. ISTHMIAN STEAMSHIP COMPANY, Respondent and Third-Party Plaintiff. BARKEY IMPORTING COMPANY, INC., Third-Party Defendant.— Judgment and orders unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bergan, JJ.

■ MARIAN B. COCHRAN et al., Respondents, v. STORES MUTUAL PROTECTIVE ASSOCIATION, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of SAMUEL GOLDSTEIN, Appellant, against COURT OF GENERAL SESSIONS OF NEW YORK COUNTY, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the Estate of SARA C. STILLWELL, Also Known as SARA C. PETERS, Deceased. ELIZABETH A. SCHILLER, Appellant, v. BEGUN BROTHERS et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur— Botein, J. P., Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of ARTHUR T. VERBIEST, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bergan, JJ. [See 4 Misc 2d 855.]

■ LOUIS GLASSBERG, Appellant, v. ALEXANDROS CARASOULAS et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bergan, JJ.